# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| ASHLEY PATTON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 13-CV-2186-KHV-JPO ) |
| ENTERCOM KANSAS CITY, L.L.C., | ) ) |
| Defendant. | ) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their respective counsel that Plaintiff Ashley Patton's claims against Defendant Entercom Kansas City, L.L.C. in the above-captioned action are voluntarily dismissed with prejudice pursuant Federal Rule of Civil Procedure 41(a)(1)(A)(ii), each party to bear its own attorney's fees and costs.

Stipulated and agreed,

ARTHUR BENSON & ASSOCIATES

By: /s/ Arthur Benson II
Arthur A. Benson II  D.Kan. # 70134
Jamie Kathryn Lansford D.Kan #70220
4006 Central Avenue (Zip for Courier: 64111)
P.O. Box 119007
Kansas City, Missouri 64171-9007
(816) 531-6565
(816) 531-6688 (telefacsimile)
abenson@bensonlaw.com
jlansford@bensonlaw.com

Attorneys for Plaintiff

871105v1

SEIGFREID BINGHAM, P.C.

By: _____
Frederick H. Riesmeyer, II    D. Kan. #70401
Shannon Cohorst Johnson      D. Kan. #23496
911 Main Street, Suite 2800
Kansas City, Missouri 64105
T: (816) 421-4460
F: (816) 474-3447
friesmeyer@seigfreidbingham.com
sjohnson@seigfreidbingham.com

*Attorneys for Defendant*