IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY PATTON,

    Plaintiff,

v.

ENTERCOM KANSAS CITY, L.L.C.,

    Defendant.

Case No. 13-2186-DDC-JPO

## VERDICT FORM

**Question 1:** We, the jury, find for the plaintiff.

Yes    ✓        No _____

_____
Presiding Juror

If you answered "no" to Question 1, please proceed to Question 2. If you answered "yes" to Question 1, please proceed to Question 3.

**Question 2:** We, the jury, find for the defendant.

Yes _____        No _____

_____
Presiding Juror

If you answered "yes" to Question 2, please proceed to Question 5.

**Question 3:** We, the jury, assess the plaintiff's damages in the sum of
$ 250,000 .

_____
Presiding Juror

**Please proceed to Question 4.**

**Question 4:** If you found for plaintiff and you awarded damages to plaintiff in your answer to Question 3, do you find that punitive damages should be assessed against the defendant? (If you answered "no" to Question 1, you do not need to answer this question.)

Yes ✓        No _____

_____
Presiding Juror

**Please proceed to Question 5.**

**Question 5:** Did all eight jurors agree to each answer given in this verdict form?

Yes ✓        No _____

_____
Presiding Juror