IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

ASHLEY PATTON,

    Plaintiff,

v.

ENTERCOM KANSAS CITY, L.L.C.,

    Defendant.

Case No. 13-2186-DDC-JPO

## VERDICT FORM

**Question 6:** We, the jury, assess punitive damages in the sum of

$ __750,000__ .

_____
Presiding Juror

**Please proceed to Question 7.**

**Question 7:** Did all eight jurors agree to each answer given in this verdict form?

Yes __✓__    No _____

_____
Presiding Juror